UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CSAA

                Plaintiff(s),

v.

WHIRLPOOL CORPORATION

                Defendant(s).
_____/

Case No. C 08-01633 WDB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6/9/08                                                          [Party]

Dated: 6/9/08                                                          [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
COUNTY OF SANTA CRUZ ) ss

    I am over the age of eighteen (18) years and not a party to the within action. I am employed by the law firm of GRUNSKY, EBEY, FARRAR & HOWELL (the "firm"), and my business address is 240 Westgate Drive, Watsonville, California 95076.

    On **June 9, 2008** I caused to be served the within **ADR CERTIFICATION BY PARTIES AND COUNSEL** on the parties to this action, by placing a true copy thereof enclosed in a sealed envelope, addressed as follows and delivered in the manner indicated:

*Attorneys for Defendant Whirlpool Corporation, dba Maytag:*
Bruce Nye
Adams, Nye, Trapani, Becht LLP
222 Kearny Street, 7th Floor
San Francisco, CA 94108-4521
Tel: (415) 982-8955
Fax: (415) 982-2042

  XXX   **[By Mail]:** I caused each envelope, with postage prepaid to be placed in the United States mail at Watsonville, California. I am readily familiar with the business practices of the firm regarding the collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to such business practices, and in the ordinary course of business, all correspondence is deposited with the United States Postal Service on the same day it is placed for collection and mailing.

  _____   **[By Federal Express]:** I caused each envelope to be delivered to Federal Express for overnight courier to the office(s) of the addressee(s).

  _____   **[By Hand Delivery]:** I caused each envelope to be delivered by hand on the office(s) of the addressee(s).

  _____   **[By Fax]:** On  * , I served the within document on the parties in said action by facsimile transmission, pursuant to Rule 2.306 of the California Rules of Court. A transmission report was properly issued by the sending facsimile machine and the transmission was reported as complete and without error.

  _____   **[By e-mail]** Pursuant to CCP §1010.6(6), and pursuant to authorization from ***, assistant to ***, I scanned and emailed correct copies of the above-entitled document to ***(e-mail address). A copy of the e-mail transmission is attached hereto.

    I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on **June 9, 2008** at Watsonville, California.

                                                Karen L. Machado

Csub19629(Inouye)
CSAA v. Whirlpool Corporation, et al., Case No.: C 08-01633 WDB
POS

-1-