Robert E. Wall, Esq., SBN 108114
Laura Uddenberg, Esq. SBN 75630
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Telephone:   831/722-2444
Facsimile:   831/722-6153
Attorneys for Plaintiff CALIFORNIA STATE AUTOMOBILE ASSOCIATION, INTER-INSURANCE BUREAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION, INTER-INSURANCE BUREAU,<br><br>Plaintiff.<br><br>vs.<br><br>WHIRLPOOL CORPORATION, dba MAYTAG, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. C 08-01633 WDB<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Date: June 16, 2008                             /s/ Laura Uddenberg

-1-

CSUB19629 (Inouye)
*CSAA v. Whirlpool Corporation, et. al.*
**COMPLAINT IN SUBROGATION FOR DAMAGES**

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
COUNTY OF SANTA CRUZ ) ss

    I am over the age of eighteen (18) years and not a party to the within action. I am employed by the law firm of GRUNSKY, EBEY, FARRAR & HOWELL (the "firm"), and my business address is 240 Westgate Drive, Watsonville, California 95076.

    On **June 16, 2008** I caused to be served the within **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** on the parties to this action, by placing a true copy thereof enclosed in a sealed envelope, addressed as follows and delivered in the manner indicated:

*Attorneys for Defendant Whirlpool Corporation, dba Maytag:*
Bruce Nye
Adams, Nye, Trapani, Becht LLP
222 Kearny Street, 7th Floor
San Francisco, CA 94108-4521
Tel: (415) 982-8955
Fax: (415) 982-2042

  XXX    **[By Mail]:** I caused each envelope, with postage prepaid to be placed in the United States mail at Watsonville, California. I am readily familiar with the business practices of the firm regarding the collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to such business practices, and in the ordinary course of business, all correspondence is deposited with the United States Postal Service on the same day it is placed for collection and mailing.

  _____    **[By Federal Express]:** I caused each envelope to be delivered to Federal Express for overnight courier to the office(s) of the addressee(s).

  _____    **[By Hand Delivery]:** I caused each envelope to be delivered by hand on the office(s) of the addressee(s).

  _____    **[By Fax]:** On * , I served the within document on the parties in said action by facsimile transmission, pursuant to Rule 2.306 of the California Rules of Court. A transmission report was properly issued by the sending facsimile machine and the transmission was reported as complete and without error.

  _____    **[By e-mail]** Pursuant to CCP §1010.6(6), and pursuant to authorization from ***, assistant to ***, I scanned and emailed correct copies of the above-entitled document to ***(e-mail address). A copy of the e-mail transmission is attached hereto.

    I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on **June 16, 2008** at Watsonville, California.

*/s/ Karen Machado*
Karen L. Machado

Csub19629(Inouye)
CSAA v. Whirlpool Corporation, et al., Case No.: C 08-01633 WDB
POS