BRUCE NYE, ESQ. SBN 77608
ADAMS | NYE | TRAPANI | BECHT LLP
222 Kearny Street, Seventh Floor
San Francisco, California 94108-4521
Telephone: (415) 982-8955
Facsimile: (415) 982-2042

Attorneys for Defendant
WHIRLPOOL CORPORATION, dba MAYTAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION, INTER-INSURANCE BUREAU,<br><br>Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, dba MAYTAG, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | No. C 08-01633 WDB<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: June 17, 2008                           ADAMS | NYE | TRAPANI | BECHT LLP

                                                By: _____
                                                    Bruce Nye
                                                    Attorneys for Defendant
                                                    WHIRLPOOL CORPORATION, DBA MAYTA

# CERTIFICATE OF SERVICE

I am over the age of eighteen years, not a party to the above-captioned matter, and employed by Adams | Nye | Trapani | Becht LLP at 222 Kearny Street, Seventh Floor, San Francisco, California, where the service described below took place on the date set forth below.

**Person(s) Served:**

<u>**Counsel For Plaintiff**</u>:

**Robert E. Wall, Esq.**
**Laura Uddenberg, Esq.**
**Grunsky, Ebey, Farrar & Howell, PLC**
**240 Westgate Drive**
**Watsonville, California 95076**
   **Telephone:** (831) 722-2444
   **Facsimile:** (831) 722-6153

**Document Served:**

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

**Manner of Service**:

[X]  **Mail:** I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service: such correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business in the county where I work. On the date set forth below, at my place of business, following ordinary business practices, I placed for collection and mailing by deposit in the United States Postal Service a copy of each Document Served, enclosed in a sealed envelope, with the postage thereon fully prepaid, each envelope being addressed to one of the Person(s) Served, in accordance with Code of Civil Procedure 1013(a).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:   June 17, 2008

_____
Christine Thomas

Proof of Service

1