UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CSAA

                Plaintiff(s),

v.

WHIRLPOOL CORPORATOIN

                Defendant(s).
_____/

Case No. C 08-01633 WDB

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6-17-08

                _____
                [Party]

Dated: 6/17/08

                _____
                [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

**CERTIFICATE OF SERVICE**

I am over the age of eighteen years, not a party to the above-captioned matter, and employed by Adams | Nye | Trapani | Becht LLP at 222 Kearny Street, Seventh Floor, San Francisco, California, where the service described below took place on the date set forth below.

**Person(s) Served:**

    **Counsel For Plaintiff:**

    **Robert E. Wall, Esq.**
    **Laura Uddenberg, Esq.**
    **Grunsky, Ebey, Farrar & Howell, PLC**
    **240 Westgate Drive**
    **Watsonville, California 95076**
        **Telephone:** (831) 722-2444
        **Facsimile:** (831) 722-6153

**Document Served:**

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

**Manner of Service:**

[X]    **Mail:** I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service: such correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business in the county where I work. On the date set forth below, at my place of business, following ordinary business practices, I placed for collection and mailing by deposit in the United States Postal Service a copy of each Document Served, enclosed in a sealed envelope, with the postage thereon fully prepaid, each envelope being addressed to one of the Person(s) Served, in accordance with Code of Civil Procedure 1013(a).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:    June 17, 2008               *Christine Thomas*
                                                     Christine Thomas