1

2

3

4

5                           UNITED STATES DISTRICT COURT

6                          NORTHERN DISTRICT OF CALIFORNIA

7

8    CALIFORNIA STATE                              No. C 08-1633 WDB
     AUTOMOBILE ASSOCIATION, et
9    al.                                           NOTICE RESCHEDULING CASE
                                                   MANAGEMENT CONFERENCE
10                   Plaintiffs,

11        v.

12   WHIRLPOOL CORPORATION, et al.

13                   Defendants.
     _____/
14

15   TO ALL PARTIES AND COUNSEL OF RECORD:

16        To accommodate the Court's schedule, you are hereby notified that the Case Management

17   Conference originally scheduled for July 2, 2008, at 4:00 p.m. has been rescheduled to

18   **Thursday, August 7, 2008, at 4:00 p.m.**  Lead trial counsel for each party must participate in

     the case management conference.
19
     Dated: June 25, 2008
20
                                                   Richard W. Wieking, Clerk
                                                   United States District Court
21

22                                                 Sarah Weinstein

23                                                 By:    Sarah Weinstein
                                                          Law Clerk
24   Copies to:
          All parties,
25        WDB, Stats

26

27

28