UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date: August 7, 2008          Start Time: 4:05 p.m.   End Time: 4:15 p.m.

DOCKET NO.          C 08-1633 WDB
TITLE OF CASE       *California State Automobile Assoc. v. Whirlpool Corporation*

ATTORNEY(S)         For Plaintiff:   Laura Uddenberg, Esq.

                    For Defendant:   Bruce Nye, Esq.


TAPE NO.: FTR 8/7/08, 4:00 p.m.   (X) In Person  ( ) Telephonic

PROCEEDINGS

[X] INITIAL STATUS CONFERENCE            [] SETTLEMENT CONFERENCE (1ST)
[] FOLLOW-UP STATUS CONFERENCE           [] FOLLOW-UP SETTLEMENT CONF.
[] PRETRIAL CONF. (NOT FINAL)            [] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE             [] DISCOVERY HEARING (FORMAL)
[] NONDISPOSITIVE MOTION (ORDER ONLY)    [] EXAM. OF JUDGMENT DEBTOR
[] NONDISPOSITIVE MOTION (OPINION)       [] EVIDENTIARY HEARING
[] OTHER:

ORDER TO BE PREPARED BY:  () Plaintiff   () Defendant   (x) Court

**NOTES**
Court conducted Initial Case Management Conference.  See later-filed separate order.