UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION, INTER-INSURANCE BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant.<br>_____/ | No. C 08-1633 WDB<br><br>ORDER FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE |

On August 7, 2008, the parties appeared for an Initial Case Management Conference. In their Joint Case Management Statement and on the record during the Conference, the parties indicated that they were amenable to attempting to resolve this action through mediation. Accordingly, the Court decided to defer setting a trial date until after the parties have attended the private mediation that they have scheduled for September 30, 2008. The Court encouraged the parties to use the time leading up to the mediation to disclose material information and documents to one another and to undertake any surgical discovery that is necessary to have a productive mediation.

If the parties are not able to resolve the case through mediation, they must appear before the undersigned on **Wednesday, November 12, 2008, at 1:30 p.m.**, for a further case management conference during which the Court will set a trial date. Counsel may appear by telephone for the conference by notifying the undersigned's administrative law clerk at least two days before the hearing at (510) 637-3324. **By no later than Monday, November 10, 2008, at noon**, the parties must file a Further Joint Case Management Statement that

1  describes the discovery that has taken place and suggests a specific case development plan
2  and schedule. The parties must <u>not</u> include in this Statement any information about the
3  substance of their settlement negotiations.
4      If the matter settles before November 12, 2008, the parties must promptly prepare and
5  file dismissal papers and notify the Court by calling (510) 637-3324.
6  IT IS SO ORDERED.

7  Dated:  August 7, 2008

                                               WAYNE D. BRAZIL
                                               United States Magistrate Judge