Case 4:08-cv-01633-WDB    Document 16    Filed 09/16/2008    Page 1 of 3

1    BRUCE NYE, ESQ. SBN 77608
     ADAMS | NYE | TRAPANI | BECHT  LLP
2    222 Kearny Street, Seventh Floor
     San Francisco, California 94108-4521
3    Telephone: (415) 982-8955
     Facsimile:  (415) 982-2042
4
     Attorneys for Defendant
5    WHIRLPOOL CORPORATION, DBA MAYTAG

6    LAURA UDDENBERG, ESQ SBN 75630.
     GRUNSKY, EBEY, FARRAR & HOWELL
7    240 Westgate Drive
     Watsonville, CA  95076
8    Telephone:     (831) 722-2444
     Facsimile:     (831) 722-6153
9
     Attorneys for Plaintiff
10   CALIFORNIA STATE AUTOMOBILE ASSOCIATION
     INTER-INSURANCE BUREAU
11

12                     UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15   CALIFORNIA STATE AUTOMOBILE              No. C 08-01633 WDB
     ASSOCIATION, INTER-INSURANCE
16   BUREAU,                                  **JOINT APPLICATION FOR
                                              CONTINUANCE OF FURTHER CASE
17                         Plaintiff,         MANAGEMENT CONFERENCE**

18            vs.
                                              Currently Scheduled Date:   11/12/08
19   WHIRLPOOL CORPORATION, DBA               Currently Scheduled Time:  1:30 p.m.
     MAYTAG, AND DOES 1 THROUGH 50,
20   INCLUSIVE,

21                         Defendants.

22   To the Honorable Wayne D. Brazil, United States Magistrate Judge:

23            The parties hereby jointly apply for an order of this court continuing the presently scheduled

24   Further Case Management Conference from November 12, 2008, to a date convenient for the Court on

25   or after January 14, 2009.  The reasons for this application appear below:

26   ///

27   ///

28   ///

Case 4:08-cv-01633-WDB   Document 16   Filed 09/16/2008   Page 2 of 3

1.      On August 7, 2008, when the parties appeared before this Court in this insurance subrogation matter, they had already scheduled mediation for September 30, 2008, before Charles F. Hawkins of Mediation Masters in San Jose.  At that time, plaintiff California State Automobile Insurance Association had not yet completed adjusting the loss underlying its claim, but anticipated that it would complete the adjustment, well in advance of the September 30 mediation date so that the total dollar amount of the claim would be known and the matter could be resolved at the mediation.

2.      For two reasons, the September 30 mediation date has become untenable.  First, Plaintiff has not yet completed its adjustment of the loss, so the total amounts involved are not yet known.  Second, Whirlpool Corporation's National Product Counsel for dishwashers, whose participation in the mediation is essential, has become unavailable on that date.  Accordingly, the parties have rescheduled the mediation to Mr. Hawkins's next available date, January 8, 2009.

3.      The parties have completed their essential liability investigation and discovery. Plaintiff believes there should be no difficulty in completing adjustment of this loss well in advance of the January 8 date, and the parties intend to begin settlement discussions as soon as Plaintiff has provided Whirlpool with the complete adjustment information, in the hope that this matter can be resolved without the need for mediation.

///

///

///

///

///

///

///

///

///

JOINT APPLICATION FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE

4. For the reasons set forth above, the parties jointly request that this Court continue the

Further Case Management Conference to the first convenient date on or after January 14, 2009.

DATED: September ___, 2008        GRUNSKY, EBEY, FARRAR & HOWELL

By: _____
Laura Uddenberg
Attorneys for Plaintiff
CALIFORNIA STATE AUTOMOBILE
ASSOCIATION INTER-INSURANCE
BUREAU

DATED: September 15, 2008      ADAMS | NYE | TRAPANI | BECHT LLP

By: _____
Bruce Nye
Attorneys for Defendant
WHIRLPOOL CORPORATION, DBA
MAYTAG

The Case Management Conference set for November 12, 2008 is continued to Thursday, January 15, 2008, at 4:00 p.m. By no later than Tuesday, January 13, 2008, at NOON, the parties must file their further Joint Case Management Conference Statement.

It is So Ordered.

_____
Wayne D. Brazil
United States Magistrate Judge