Robert E. Wall, Esq., SBN 108114
Laura Uddenberg, Esq. SBN 75630
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Telephone:    831/722-2444
Facsimile:    831/722-6153
Attorneys for Plaintiff CALIFORNIA STATE AUTOMOBILE
ASSOCIATION, INTER-INSURANCE BUREAU

Bruce Nye, Esq., SBN 77608
ADAMS | NYE | TRAPANI | BECHT LLP
222 Kearny Street, Seventh Floor
San Francisco, CA 94108-4521
Telephone:    415/982-8955
Facsimile:    415/982-2042
Attorneys for Defendant MAYTAG CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA STATE AUTOMOBILE ASSOCIATION, INTER-INSURANCE BUREAU, Plaintiff. vs. WHIRLPOOL CORPORATION, dba MAYTAG, and DOES 1 through 50, inclusive, Defendants. | No. C 08-01633 WDB<br><br>JOINT APPLICATION FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE<br><br>Currently scheduled date: January 15, 2009<br>Currently scheduled time: 4:00 p.m. |
|---|---|

To the Honorable Wayne D. Brazil, United States Magistrate Judge:

The parties hereby jointly apply for an order of this court continuing the presently scheduled Further Case Management Conference from January 15, 2009, to a date convenient for the Court on or after March 16, 2009. The reasons for this application appear below:

-1-

1.    On September 15, 2008, the parties applied to this court for an order continuing the Case Management Conference, which was set for November 12, 2008, due to a scheduled mediation with Charles F. Hawkins of Mediation Masters in San Jose. The court granted the application and continued the Case Management Conference to January 15, 2008.

2.    The mediation is scheduled for January 8, 2009. However, plaintiff's insureds only recently completed their claim for lost and damaged personal property. California State Automobile Association is still in the process of completing its adjustment of the last part of this loss, and the total dollar amount of the claim is not known yet. The parties intend to begin settlement discussions as soon as plaintiff provides defendant Whirlpool with the complete adjustment information, with the hope that this matter can be resolved without the need for mediation.

3.    The parties believe they will be able to settle this loss without the assistance of a neutral, but they have rescheduled the mediation to Mr. Hawkins' next available date, March 16, 2009. The parties intend to begin settlement discussions as soon as plaintiff has provided Whirlpool with the completed adjustment information.

4.    The parties have completed their essential liability investigation and discovery.

5.    For the reasons set forth above, the parties jointly request that this Court continue to Further Case Management Conference to the first available date on or after March 16, 2009.

DATED: December 8, 2008          GRUNSKY, EBEY, FARRAR & HOWELL

By /S/ Laura Uddenberg
Laura Uddenberg and Robert E. Wall, Attorneys for Plaintiff, CALIFORNIA STATE AUTOMOBILE ASSOCIATION, INTER-INSURANCE BUREAU

DATED: December 8, 2008          ADAMS | NYE | TRAPANI | BECHT LLP

By /S/ Bruce Nye
Bruce Nye, Attorneys for Defendant MAYTAG CORPORATION

*The Further Case Management Conference is continued to Tuesday, March 17, 2009, at 4:00 p.m. IT IS SO ORDERED*

CSUB19629 (Inouye)/JointAppContCMC
CSAA v. Whirlpool Corporation, et. al.

Dated: December 9, 2008

Wayne D. Brazil
United States Magistrate Judge
Wayne D. Brazil