ADAMS | NYE | TRAPANI | BECHT LLP
222 Kearny Street, Seventh Floor
San Francisco, California 94108-4521
Telephone: (415) 982-8955
Facsimile:  (415) 982-2042

Attorneys for Defendant
WHIRLPOOL CORPORATION, DBA MAYTAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION, INTER-INSURANCE BUREAU,<br><br>Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, DBA MAYTAG, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | No. C 08-01633 WDB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT** |

TO THE ABOVE-ENTITLED COURT:

It is hereby stipulated by and between the parties hereto, through their attorneys of record, that all consideration for the settlement in this matter having been paid, the case may and should be dismissed with prejudice at this time.

DATED: May /_, 2009          ADAMS | NYE | TRAPANI | BECHT LLP

                             By: _____
                                 Bruce Nye
                                 Attorneys for Defendant
                                 WHIRLPOOL CORPORATION, DBA
                                 MAYTAG

DATED: May 14, 2009                    GRUNSKY, EBEY, FARRAR & HOWELL

By: _____
Robert Wall
Attorneys for Plaintiff
CALIFORNIA STATE AUTOMOBILE
ASSOCIATION, INTER-INSURANCE
BUREAU

**ORDER**

The parties having so stipulated, and good cause appearing, it is hereby ordered that this matter is dismissed.

Dated: May 14, 2009

_____
United States Magistrate Judge

